People v Kiane S. (2023 NY Slip Op 02951)

People v Kiane S.

2023 NY Slip Op 02951

Decided on June 01, 2023

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: June 01, 2023

Before: Moulton, J.P., González, Mendez, Rodriguez, JJ. 

Ind. No. 1419/15 Appeal No. 370 Case No. 2017-2169 

[*1]The People of the State of New York, Respondent,
v
Kiane S., Defendant-Appellant.

Twyla Carter, The Legal Aid Society, New York (Ying-Ying Ma of counsel), for appellant.
Darcel D. Clark, District Attorney, Bronx (Noah Chamoy of counsel), for respondent.

Judgment, Supreme Court, Bronx County (William I. Mogulescu, J.), rendered February 25, 2016, convicting defendant, upon his plea of guilty, of robbery in the second degree, adjudicating him a youthful offender, and sentencing him to four years' probation, unanimously modified, as a matter of discretion in the interest of justice, to the extent of vacating the surcharge and fee imposed at sentencing, and otherwise affirmed.
Based on our own interest of justice powers, and with the People's consent, we vacate the surcharge and fees imposed at sentencing (see People v Chirinos , 190 AD3d
434 [1st Dept 2021]).THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: June 1, 2023